UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVISION OF LABOR STANDARDS ENFORCEMENT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AEROTEK, INC.,<br><br>Defendant. | Case No. 15-cv-00428-JSW<br><br>**ORDER SCHEDULING STATUS CONFERENCE**<br><br>Re: Dkt. No. 39 |

The Court has received the March 7, 2016, Certification of ADR Session, which states that the parties in this matter held a mediation on March 3, 2016, and the case settled fully. However, the case remains pending and the parties have not requested dismissal.

Accordingly, the Court HEREBY SCHEDULES a status conference for Friday, May 27, 2016, at 11:00 a.m. The parties shall appear in person through lead counsel at the conference. The parties shall file a supplemental case management statement no later than five court days prior to the conference.

If the case is dismissed prior to May 27, 2016, the status conference shall be vacated automatically.

**IT IS SO ORDERED.**

Dated: April 21, 2016

JEFFREY S. WHITE
United States District Judge