STATE OF CALIFORNIA
Division of Labor Standards Enforcement
Department of Industrial Relations
By:    MICHAEL L. SMITH, SBN 252726
        1515 Clay Street, Suite 801
        Oakland, CA 94612
        Tel. (510) 622-3246
        Fax. (510) 622-3258
        mlsmith@dir.ca.gov

Attorney for Plaintiff, JULIE SU

Michael S. Kun (State Bar No. 208684)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067
Telephone: 310.556.8861
Facsimile: 310.553.2165
mkun@ebglaw.com

Steven R. Blackburn (State Bar No. 154797)
Matthew A. Goodin (State Bar No. 169674)
EPSTEIN BECKER & GREEN, P.C.
655 Montgomery Street, Suite 1150
San Francisco, California 94111
Telephone: 415.398.3500
Facsimile: 415.398.0955
sblackburn@ebglaw.com
mgoodin@ebglaw.com

Attorneys for Defendant, AEROTEK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE SU, California State Labor Commissioner, Division of Labor Standards Enforcement, Department of Industrial Relations, State of California, on behalf of the People of the State of California,<br><br>        Plaintiff,<br><br>   v.<br><br>AEROTEK, INC., a Foreign Corporation; and DOES 1 to 10, Inclusive,<br><br>        Defendants. | Case No. 3:15-cv-00428-JSW<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE STATUS CONFERENCE AND ORDER THEREON AS MODIFIED**<br>Conference Date:  May 20, 2015<br>Time:     11:00 a.m.<br>Ctrm:    5, 2nd Floor, Oakland |

The parties to the above-entitled action jointly submit this JOINT STIPULATIONAND REQUEST TO CONTINUE THE STATUS CONFERENCE currently scheduled for May 20, 2016, to June 10, 2016, for good cause as set forth below:

The parties reached agreement on a mediator's proposal at their March 3, 2016 mediation. Counsel for Plaintiff has had difficulty communicating about finalizing the settlement agreement with real party-in-interest Dr. Ragui Michael, whose interests Plaintiff represents in this case. Plaintiff filed, and has control over, the action, which was brought on behalf of Dr. Michael. However, it is necessary to have Dr. Michael as a party to the settlement agreement because he was the alleged victim of unlawful retaliation.

The difficulty in communication between Plaintiff and Dr. Michael is in large part because Dr. Michael has been abroad for the past seven weeks, and is still there. There have also been disputes between Plaintiff and Dr. Michael about legal aspects of the settlement agreement not specified in the mediator's proposal agreed to by the parties, in particular about the proper tax treatment of the settlement amount. As of today, May 26, 2016, the parties appear to be close to resolving the outstanding issues and are confident that the issues will be resolved and a dismissal can be on file before June 10, 2016.

As a result, the parties hereby jointly stipulate and request that the Status Conference currently scheduled for May 27 at 11:00 a.m. be continued for two weeks, until June 10, 2016, at 11:00 a.m.

Dated: May 20, 2016

/s/ Matthew A. Goodin
MATTHEW A. GOODIN
EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendant
AEROTEK, INC.

Dated: May 20, 2016

/s/ Michael Smith
MICHAEL L. SMITH
Division of Labor Standards Enforcement
Attorneys for Plaintiff

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 20, 2016

/s/ Matthew A. Goodin
MATTHEW A. GOODIN

## ORDER CONTINUING STATUS CONFERENCE

The above JOINT STIPULATION AND REQUEST TO CONTINUE THE STATUS CONFERENCE is hereby GRANTED. The Status Conference currently scheduled for May 27 at 11:00 a.m. is hereby VACATED. The parties shall appear in person through lead counsel for a Status Conference on June 10, 2016, at 11:00 a.m.
Further requests for continuance of the status conference shall be disfavored.

**IT IS SO ORDERED**.

Dated: May 26, 2016

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE