UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVISION OF LABOR STANDARDS ENFORCEMENT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AEROTEK, INC., <br><br> Defendant. | Case No. 15-cv-00428-JSW <br><br> **ORDER TO SHOW CAUSE TO MATTHEW A. GOODIN, ESQ., AND ELIZABETH JANE BOCA, ESQ. RE FAILURE TO APPEAR** <br><br> Re: Dkt. No. 45 |

The Court held a status conference in this case on June 10, 2016. The Court's order scheduling the status conference ordered the parties to appear in person through lead counsel. At the conference, however, counsel for Defendant Aerotek, Inc., failed to appear.

Counsel for Plaintiff told the Court at the conference that Matthew A. Goodin, Esq., counsel for Defendant, had informed counsel for Plaintiff during the morning before the case management conference that "something came up."

In addition to Mr. Goodin, Defendant is represented by three other attorneys of record. One of these, Elizabeth Jane Boca, Esq., is also designated as lead counsel. None of these attorneys appeared at the status conference.

Accordingly, the Court HEREBY ORDERS Defendant's lead counsel, Matthew A. Goodin, Esq., and Elizabeth Jane Boca, Esq., to show cause why they should not each be sanctioned in the amount of $250.00 for their failure to appear. The response to this Order to Show Cause shall be due on June 24, 2016.

The Court further orders counsel for Defendant to review this Court's Civil Local Rules and the docket in this case and to submit any filings necessary to update the docket regarding the identity and contact information of counsel and the designation of lead counsel for Defendant. *See*

1  N.D. Cal. Civil L.R. 5-1(c)(2), 11-5.  Counsel also are reminded that they are required to keep
2  their account information current on the ECF website.  *See* N.D. Cal. Civil L.R. 5-1(c)(3).
3  **IT IS SO ORDERED.**
4  Dated: June 10, 2016

*[signature]*
JEFFREY S. WHITE
United States District Judge

2