UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVISION OF LABOR STANDARDS ENFORCEMENT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AEROTEK, INC.,<br><br>Defendant. | Case No. 15-cv-00428-JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE RE FAILURE TO APPEAR AND ADMONISHING COUNSEL**<br><br>Re: Dkt. No. 46 |

The Court has received and considered the responses to the June 10, 2016 order to show cause. The Court hereby DISCHARGES the order to show cause without imposing monetary sanctions.

Attorney Matthew A. Goodin, Esq., acknowledges that he "should have . . . notified the Court by telephone that [he] might not be able to be present for the Status Conference." (Dkt. No. 50 ¶ 4.) The Court admonishes Mr. Goodin for failing to communicate directly with the Court at the earliest possible opportunity, whether by an appropriate written request e-filed by himself or another attorney at his firm, or at a minimum by telephone or email.

The Court has received the notice of change of counsel removing Elizabeth J. Boca, Esq., as counsel of record for Defendant. The Court notes, however, that Ms. Boca's response to the order to show cause and her other filings in this action indicate that she is an attorney at Epstein Becker & Green, P.C., whereas her mailing address and telephone number on the docket indicate that she is an attorney at Reed Smith. The Court admonishes Ms. Boca that, as set forth in the

///

///

///

Court's order to show cause, she must keep her account information current on the ECF website. *See* http://cand.uscourts.gov/ecf/maintainaccount.

**IT IS SO ORDERED.**

Dated: June 14, 2016

                                                                              _____
                                                                              JEFFREY S. WHITE
                                                                              United States District Judge