UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVISION OF LABOR STANDARDS ENFORCEMENT, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AEROTEK, INC.,<br><br>    Defendant. | Case No. 15-cv-00428-JSW (DMR)<br><br>**ORDER VACATING FURTHER SETTLEMENT CONFERENCE** |

On July 21, 2016, the court issued an order scheduling a further settlement conference on July 25, 2016 and ordered Dr. Ragui Michael to appear in person. [Docket No. 58.] Dr. Michael has informed the court that he is unable to attend the July 25, 2016 further settlement conference due to medical reasons. Accordingly, the court hereby VACATES the July 25, 2016 further settlement conference.

**IT IS SO ORDERED.**

Dated: July 22, 2016

DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVISION OF LABOR STANDARDS ENFORCEMENT, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AEROTEK, INC.,<br><br>　　　　Defendant. | Case No.  4:15-cv-00428-JSW   (DMR)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 22, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ragui H. Michael, MD
214 Garces Drive
San Francisco, CA 94132

Dated: July 22, 2016

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Ivy Lerma Garcia, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable DONNA M. RYU

2