United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVISION OF LABOR STANDARDS ENFORCEMENT, et al., | Case No.  15-cv-00428-JSW   (DMR) |
| Plaintiffs, | |
| v. | **ORDER STRIKING DOCKET ENTRY 60** |
| AEROTEK, INC., | |
| Defendant. | |

On July 26, 2016, a letter from Ragui H. Michael, MD to the undersigned containing confidential settlement communications regarding this case was filed on the public docket. [Docket No. 60.]  Given the content of the letter, it should not have been filed on the public docket and should not have been accessible to the presiding judge.  *See* ADR L.R. 7-5(a).  Accordingly, the court orders the clerk to strike Docket No. 60 from the docket.  The court notes that the undersigned has reviewed the letter at issue and made a copy for the settlement conference file.

**IT IS SO ORDERED.**

Dated: July 27, 2016

_____

DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVISION OF LABOR STANDARDS ENFORCEMENT, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>AEROTEK, INC.,<br><br>           Defendant. | Case No.  4:15-cv-00428-JSW   (DMR)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 27, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ragui H. Michael, MD
214 Garces Drive
San Francisco, CA 94132

Dated: July 27, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU